UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ZACHARY CHINEVERE,

      Plaintiff,                            Case No. 22-cv-12490
                                          Hon. Matthew F. Leitman

v.

JUDE AUTO SALES INC.,

      Defendant.
_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal With Prejudice by Plaintiff, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

                                                s/Matthew F. Leitman
                                               MATTHEW F. LEITMAN
                                               UNITED STATES DISTRICT JUDGE

Dated:  January 23, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 23, 2023, by electronic means and/or ordinary mail.

                                                s/Holly A. Ryan
                                               Case Manager
                                               (313) 234-5126